IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER GOLIATH LEONE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WENTWORTH PENITENTIARY,** *et al.*,<br><br>**Defendants.** | **Case No. 25-cv-00355-SPM** |

# NOTICE OF IMPENDING DISMISSAL

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Plaintiff initiated this suit on March 14, 2025, alleging violations of constitutional and federal law. (Doc. 1). Upon filing, Plaintiff was directed to submit a $405.00 filing fee or file a motion to proceed without prepayment of the filing fee ("IFP") by April 16, 2025. (Doc. 3). Plaintiff was warned that failure to pay the filing fee or submit a motion to proceed IFP would result in dismissal of this case. Plaintiff has also been directed twice to file the form regarding consenting or declining to consent to magistrate judge jurisdiction. (Doc. 2, 4). He has been informed that failure to file the form could result in sanctions.

The deadlines for filing the consent form and paying the filing fee have passed, and Plaintiff has not filed the form or met the filing fee requirement as directed by the Court. Thus, Plaintiff will be given one last opportunity to pursue this case.

Plaintiff is **ORDERED** to file a motion to proceed IFP or pay the $405.00 filing fee for this case on or before **May 12, 2025.** Additionally, he must file the attached form indicating consent to proceed before a magistrate judge or an affirmative declination to consent by **May 12, 2025**. Failure to comply with this Order will result in dismissal of this action for want of

prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b) without further notice.

Plaintiff is **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiffs' whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

**DATED:**   April 28, 2025

                                             *s/Stephen P. McGlynn*
                                             **STEPHEN P. MCGLYNN**
                                             **United States District Judge**